JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00050-SSS-SPx | Date | May 29, 2025 |
|---|---|---|---|
| Title | Lin Sun v. Emilia Bardini | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION, DISCHARGING ORDER TO SHOW CAUSE, AND VACATING MAY 30, 2025 HEARING [DKT. 14]**

On April 24, 2025, the Court issued an Order to Show Cause because Defendant's filed a notice of mootness, indicating that Plaintiff's asylum interview had been scheduled and the action, which only requested an interview, was now moot. [Dkt. 14]. The Court has reviewed the Notice of Mootness and Defendant's Response to the Court's Order to Show Cause. [Dkt. 15]. In light of the details provided in the Notice and Response; specifically, that Plaintiff has not responded to defense counsel's contact attempts, and Plaintiff's current failure to respond to this OSC, the Court hereby **DISMISSES** this action as moot without prejudice. *Tan v. Radel*, No. CV 24-2209, 2024 WL 3091962, at *1 (C.D. Cal. June 20, 2024).

**IT IS SO ORDERED.**